UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TAMMY SMITH, | * | |
|     PLAINTIFF, | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | DIVISION |
| | * | |
| THE UNITED STATES OF AMERICA | * | MAGISTRATE NO. |
| | * | |
| AND | * | |
| | * | |
| UNITED STATES ARMY CORPS | * | |
| OF ENGINEERS, | * | |
|     DEFENDANTS. | * | |
| | * | |

*********************************************

**COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Tammy Smith, a person of the full age of majority and domiciled in Parish of Concordia, State of Louisiana who, with respect shows the Court as follows:

I.

Made Defendants herein are the United States of America as the proper party to be sued under the Federal Torts Claims Act, 28 U.S.C. § 2671, *et seq*., as the employer of Lewis Wilkes, who negligently caused the accident at issue in this litigation while he was in the course and scope of his employment with the United States Army Corps of Engineers and the United States Army Corps of Engineers, which is an executive department of the United States of America.

II.

This Complaint is brought under the Federal Torts Claim Act, 28 U.S.C. § 2671, *et seq*. Pursuant to that statute, this Court has subject matter jurisdiction and original jurisdiction over this matter pursuant to 28 U.S.C. § 1346(B)(1), as this mater involves damages caused by the negligence and fault of an employee of the United States of America.

III.

Venue is proper pursuant to 28 U.S.C. § 1402(B) as the accident in question occurred in the Parish of Concordia, State of Louisiana.

IV.

That on or about December 17, 2015, at approximately 10:00 a.m., Plaintiff was operating a 2009 Toyota Camry westbound on the Louisiana Avenue making a left turn into the left lane onto southbound EE Wallace Boulevard in the Parish of Concordia, State of Louisiana. Plaintiff completed said left turn, and her vehicle was in possession of the left lane of EE Wallace Boulevard.

V.

That at that same date and time Lewis Wilkes was operating a 2014 Dodge Ram eastbound on Louisiana Avenue, making a right turn onto southbound EE Wallace Boulevard in the Parish of Concordia, State of Louisiana.

VI.

That at approximately the same time, and at the same location as referenced above, the vehicle operated Lewis Wilkes failed to turn into the right lane on southbound EE Wallace Boulevard, improperly turned into the left lane on southbound EE Wallace Boulevard, and

collided with the vehicle operated by Plaintiff.  That after causing the collision Lewis Wilkes was cited by the investigating officer for careless operation of the vehicle he was operating.

VII.

At the time of the accident in question, and upon information and belief, Lewis Wilkes was on "duty status" and was being paid by the United States Army Corps of Engineers. Accordingly, the United States of America is responsible for and liable unto Plaintiff for the actions, negligence, and lack of care committed by its employee Lewis Wilkes pursuant to the Federal Torts Claim Act, 28 U.S.C. §§ 2674 and 2679(b)(1).

VIII.

That the aforesaid accident sued on herein was the fault of and proximately caused by Lewis Lee Wilkes, while he was under the course and scope of his employment with the United States of America, in the following, non-exclusive, respects:

(a) By failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(b) By operating the vehicle under his control in a reckless and negligent manner;

(c) By failing to see what should be seen; and

(d) Other acts of negligence which were the cause of the accident sued upon and which will be shown at the trial of this matter.

IX.

That as a result of the aforesaid collision, Plaintiff has sustained injuries to her neck, back, and shoulder, together with mental anguish and physical suffering; loss of enjoyment of life; expenses for medical care, including expenses for travel to the physicians' office; all of which entitles Plaintiff to recover from Defendant the damages as are reasonable in the premises.

X.

On or about September 9, 2016, Plaintiff filed a Claim for Damage, Injury, or Death, Standard Form 95-109, with the Office of Counsel, U.S. Army Corps of Engineers, relative to the accident in question, seeking the sum certain amount of $24,172.00. (See Exhibt "1").

XI.

On or about November 3, 2016, undersigned counsel received a letter from the Rymn J. Parsons, District Counsel for the Department of the Army, denying Plaintiff's administrative claim under the Federal Tort Claims Act. (See Exhibit "2").

XII.

Plaintiff has exhausted administrative review of her claim and the case is ripe for judicial review of a final administrative decision.

WHEREFORE, Plaintiff prays after all legal delay and due proceedings are had, that there be a Judgment in favor of Plaintiff and against Defendants, the United States of America and the United States Army Corps of Engineers, for the sum certain stated herein, together with any and all legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief this Honorable Court shall deem appropriate.

RESPECTFULLY SUBMITTED:

**MORRIS BART, LLC**
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 599-3386
FACSIMILE: (504) 617-7831
E-MAIL: abosso@morrisbart.com

*/s/ Adam A. Bosso*
**ADAM A. BOSSO, NO. 33513**
ATTORNEY FOR PLAINTIFF